PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Samuel Davis, Jr.                    Cr.: 18-00205-001
                                                                                                          PACTS #: 4773973

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
                                                          UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/25/2019

Original Offense:    Count 1: Conspiracy to Defraud The Internal Revenue Service, 18 U.S.C. Section 371
                             Count 12: Making and Subscribing False Returns, 26 U.S.C. Section 7206(1)
                             Count 13: Witness Tampering, 18 U.S.C. Sections 1512(B)(1) and 2

Original Sentence: 30 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Fine, Restitution, Alcohol Restrictions, Alcohol Treatment, Financial Disclosure, Cooperate with IRS, Mental Health Treatment, No New Debt/Credit, Employment Requirements/Restrictions, Self-Employment/Business Disclosure

Type of Supervision: Supervised Release                    Date Supervision Commenced: 01/13/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number       Nature of Noncompliance

1                              Mr. Davis tested positive for alcohol on May 18, 2022.

U.S. Probation Officer Action:
Mr. Davis was referred for treatment at Oaks Integrated, where he attends group and individual sessions. He has since tested negative for alcohol and illicit drugs on the following dates: May 24, 2022, June 10, 2022, and July 6, 2022. He will continue to attend treatment and be randomly tested for alcohol.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Erika Arnone/SGM*

By:   ERIKA M. ARNONE
        U.S. Probation Officer

/ ema

Prob 12A – page 2
Samuel Davis, Jr.

APPROVED:

_____    July 27, 2022
SUZANNE J. GOLDA-MARTINEZ              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
Date                    July 27, 2020